# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144562

_____

In re Estate of JAMES RICHARD MOORE.

_____

JULIE ANN SCHAFFER, Personal Representative
of the Estate of JAMES RICHARD MOORE,
      Appellee,

v

JAMES PATRICK MOORE,
      Appellant.

SC: 144562
COA: 298100
Oakland PC: 2001-278056-DA

_____/

On order of the Court, the application for leave to appeal the December 22, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2012

p0514

Clerk